# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

**THE UNITED STATES OF AMERICA**

vs.

**CESAR SANCHEZ-REYES**

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this _27_ day of _August_

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ _No Bail_

```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
 3
 4                                                              FILED
 5                          E-FILING                          AUG 2 7 2008
 6
                                                           RICHARD W. WIEKING
 7                                                       CLERK, U.S. DISTRICT COURT
                                                       NORTHERN DISTRICT OF CALIFORNIA
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,        )   CR No. 08 00583 HRL
                                     )
13         Plaintiff,                )
                                     )   VIOLATION: 8 U.S.C. § 1326 –
14     v.                            )   Illegal Re-Entry Following Deportation
                                     )
15  CESAR SANCHEZ-REYES,             )
                                     )
16                                   )
           Defendant.                )   SAN JOSE VENUE
17  _____  )
18
19                            I N D I C T M E N T
20  The Grand Jury charges:
21     On or about December 3, 2007 the defendant
22                        CESAR SANCHEZ-REYES,
23  an alien, previously having been arrested and deported from the United States on or about
24  December 21, 2004, was found in the Northern District of California, the Attorney General of the
25  United States and the Secretary for Homeland Security not having expressly consented to a
    //
26  //
27  //
28
```

INDICTMENT

1  re-application by the defendant for admission into the United States, in violation of Title 8,
2  United States Code, Section 1326.

5  DATED: 8/26/08                                         A TRUE BILL.

                                                         _Ramona Will_
                                                         FOREPERSON

9  JOSEPH P. RUSSONIELLO
   United States Attorney

   DAVID R. CALLAWAY
12 Deputy Chief, San Jose Branch Office

15 (Approved as to form: _____)
                AUSA JEFFREY B. SCHENK

INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

─── OFFENSE CHARGED ───

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

DEFENDANT - U.S.

▶ CESAR SANCHEZ-REYES

AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

**CR - 08  00583**

JW
HRL

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JEFFREY B. SCHENK

─── DEFENDANT ───

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: