JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID M. PAXTON (CASBN 266940)
Special Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5040
    Facsimile: (408) 535-5081
    david.paxton@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00583 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| CESAR SANCHEZ-REYES, | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, March 22, 2010 at 1:30 p.m.., be continued to Monday, April 5, 2010, at 1:30 p.m.  The continuance is requested to allow additional time for defense investigation.

    The parties further agree that time should be excluded under the Speedy Trial Act because

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00583 JW            1

1  the ends of justice served by granting the requested continuance outweigh the interest of the
2  public and the defendant in a speedy trial.  The failure to grant the requested continuance would
3  deny defense counsel reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence, and would result in a miscarriage of justice.  The parties therefore
5  stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
6  (B)(iv).

7

Dated: 3/19/2010                                _____/s/_____
8                                                              ROBERT LYONS
                                                                    Defense Attorney
9

10 Dated: 3/19/2010                                _____/s/_____
                                                                    DAVID M. PAXTON
11                                                             Assistant United States Attorney

12 //

13 //

14
   //
15

16 //

17
   //
18

19 //

20
   //
21

22 //

23
   //
24

25 //

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00583 JW                                    2

1 **[PROPOSED] ORDER** *(signed: James Ware)*

2  The parties have jointly requested a continuance of the hearing set for Monday, March 22,
3 2010, allow time for the defense to complete investigation, and for continuity of counsel.

4  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
5 presently set for Monday, March 22, 2010 at 1:30 p.m., be continued to Monday, April 5, 2010,
6 at 1:30 p.m.

7  Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
8 under the Speedy Trial Act from March 22, 2010 at 1:30 p.m. to Monday, April 5, 2010.  The
9 Court finds, based on the aforementioned reasons, that the ends of justice served by granting the
10 requested continuance outweigh the interest of the public and the defendant in a speedy trial.
11 The failure to grant the requested continuance would deny defense counsel reasonable time
12 necessary for effective preparation, taking into account the exercise of due diligence, and would
13 result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time
14 should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

16 Dated: March 19, 2010

_____
JAMES WARE
United States District Judge