ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone: (510) 782-6161
Facsimile: (510) 782-3519

Attorney for Defendant
CESAR SANCHEZ-REYES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08-00583 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| vs. | |
| CESAR SANCHEZ-REYES, | |
| Defendant. | |

The parties by and through their counsel of record, hereby stipulate to the following:

The parties have jointly agreed that the current status hearing date of Monday, May 24, 2010 be continued until Monday, June 14, 2010. The reason for the continuance is that Attorney Robert Lyons will be in Omaha Nebraska in the matter of U.S. v. Maria Valencia from Monday, May 24, 2010 to Wednesday, May 26, 2010.

Date:  May 4, 2010                          /s/ Robert W. Lyons
                                            ROBERT W. LYONS
                                            Attorney for Cesar Sanchez-Reyes

Date:  May 4, 2010                          /s/ David M. Paxton
                                            DAVID M. PAXTON
                                            Special Assistant United States Attorney

1
2
3
## ORDER
4
5          It is hereby ordered that the status hearing currently scheduled for Monday, May 24,
6     2010 be continued to June 14, 2010 by stipulation of the parties.
7
      Date: _May 10, 2010_        _____
8                                  Hon. James Ware
9                                  United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUANCE STATUS HEARING - 2